ORIGINAL

FILED
MAY 30 2008
U.S. COURT OF FEDERAL CLAIMS

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

NATIONAL AIR CARGO, INC.,

Plaintiff,

v.

No. 08-400 C

THE UNITED STATES

Defendant.

CORPORATE DISCLOSURE STATEMENT

In accordance with Court of Federal Claims Rule 7.1, Plaintiff National Air Cargo, Inc. ("NAC"), by its undersigned counsel, states as follows:

1. National Air Cargo, Inc. is a corporation incorporated under the laws of New York, with its principal office located at 350 Windward Drive, Orchard Park, New York 14127.

2. National Air Cargo, Inc. is wholly owned by National Air Cargo Holdings, Inc., a corporation, incorporated under the laws of New York, with its principal office located at 350 Windward Drive, Orchard Park, New York 14127.

3. No publicly held corporation owns 10% or more of the stock of either National Air Cargo, Inc. or National Air Cargo Holdings, Inc.

Respectfully submitted,

*Attorney for Plaintiff*

By: ______________________

F. Whitten Peters
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
Fax (202) 434-5029

Dated: May 30, 2008

Of Counsel:

Terrence O'Donnell
Daniel P. Shanahan
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5000
Fax (202) 434-5029