# In the United States Court of Federal Claims

| | |
|---|---|
| **NATIONAL AIR CARGO, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **No. 08-400C**<br>**Filed: June 26, 2008** |

## O R D E R

To discuss future proceedings in this case, the court **ORDERS** the parties to appear at a status conference on **Tuesday, August 5, 2008, at 2:30 p.m. EST.,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Peters at (202) 434-5440 and Mr. Shultis at (202) 305-7571.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**