IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL AIR CARGO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-400C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION FOR AN
ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT

Pursuant to Rule 6(b) of the Rules of the United States Court of Federal Claims ("RCFC"), defendant, the United States, respectfully requests an enlargement of time of 30 days, to and including Thursday, August 28, 2008, within which to submit our response to the complaint. Our response is currently due on Tuesday, July 29, 2008. This is our first request for an enlargement of time for this purpose. Counsel for plaintiff, F. Whitten Peters, has represented that plaintiff, National Air Cargo, Inc., does not oppose our request.

This request is necessary because the undersigned counsel for the Government has not received the litigation report from the agency involved. Because the litigation report is essential for formulating a response to this complaint, Government counsel will be unable to respond to the complaint within the time currently provided. The additional time sought will enable the undersigned counsel to review the litigation report, confer with agency counsel, draft a meaningful response, and submit it for the required review.

Additionally, the press of other matters prevents Government counsel from being able to submit the Government's response to the complaint in this case in the time provided. During the course of the past few weeks, Government counsel has been working upon a bid protest in Career

Training Concepts v. United States, No. 08-450 (Judge Horn). In Career Training Concepts, Government counsel has been engaged in an effort to produce the administrative record by June 27, 2008, submit the Government's opening brief on July 11, 2008, file the response brief on July 16, 2008, and prepare for oral argument which is scheduled to take place on July 25, 2008. Unfortunately, that schedule has left little time for Government counsel to prepare a response to the complaint in this case.

For these reasons, we respectfully request that the Court grant our motion for an enlargement of time.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

July 23, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 23rd day of July 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION FOR AN ENLARGEMENT OF TIME TO RESPOND TO THE COMPLAINT" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis