IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| NATIONAL AIR CARGO, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-400C |
| | ) | (Judge Horn) |
| THE UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

DEFENDANT'S UNOPPOSED MOTION TO CANCEL STATUS CONFERENCE

Defendant, the United States, respectfully requests that the Court cancel the telephonic status conference that is currently scheduled in this case. As discussed below, until Government counsel has received a litigation report this case, a status conference may not be productive at the currently scheduled time. Counsel for plaintiff, F. Whitten Peters, has represented that plaintiff, National Air Cargo, Inc., does not oppose our request.

In an order issued on June 26, 2008, this Court scheduled a telephonic status conference for Tuesday, August 5, 2008, at 2:30 p.m. At the time that order was issued, the Government's response to the complaint was due on July 29, 2008. However, on July 23, 2008, the Government submitted an unopposed enlargement of time of 30 days, to and including Thursday, August 28, 2008, within which to submit our response to the complaint. We sought additional time to respond to the complaint, in part, because Government counsel has not yet received the litigation report from he agency involved in this matter and the litigation report is essential for formulating a response to the complaint.

For the same reason that we are unable to formulate a response to the complaint, it would appear that the telephonic status conference should be postponed until after the Government has responded to the complaint. Although Government counsel has spoken to several agency

lawyers about this matter, the agency is still gathering the necessary information for a litigation report. Even though Government counsel has made arrangement to learn more about this matter before August 5, 2008, it would be more efficient for both the Court and the parties involved if the status conference was cancelled until after the Government has submitted a response to the complaint.

For these reasons, we respectfully request that the Court grant our motion to cancel the telephonic status conference currently scheduled for August 5, 2008.

Respectfully submitted,

GREGORY G. KATSAS
Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Bryant G. Snee
BRYANT G. SNEE
Deputy Director

s/Russell A. Shultis
RUSSELL A. SHULTIS
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
8th Floor
1100 L Street, N.W.
Washington, D.C. 20530
Tele: (202) 305-7571
Fax: (202) 307-2503

August 4, 2008

Attorneys for Defendant

CERTIFICATE OF FILING

I hereby certify that on this 4th day of August 2008, a copy of foregoing "DEFENDANT'S UNOPPOSED MOTION TO CANCEL STATUS CONFERENCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Russell A. Shultis