# In the United States Court of Federal Claims

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * | |
| **NATIONAL AIR CARGO, INC.,** | |
| **Plaintiff,** | |
| **v.** | **No. 08-400C** |
| | **Filed: August 5, 2008** |
| **UNITED STATES,** | |
| **Defendant.** | |
| * * * * * * * * * * * * * * * * * * * | |

**O R D E R**

The court is in receipt of defendant's August 4, 2008, unopposed motion to cancel the Tuesday, August 5, 2008 status conference. As communicated to the parties, defendant's motion was **GRANTED** and the court **ORDERS** the parties to appear at a status conference on **Friday, September 5, 2008, at 10:30 a.m. EDT,** at the National Courts Building, 717 Madison Place, N.W., Washington, D.C. 20005. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Peters at (202) 434-5440 and Mr. Shultis at (202) 305-7571. Both parties should be prepared to discuss future proceedings in this case.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**