# In the United States Court of Federal Claims

| | |
|---|---|
| **NATIONAL AIR CARGO, INC.,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**UNITED STATES,**<br><br>**Defendant.** | **No. 08-400C**<br>**Filed: August 29, 2008** |

## O R D E R

The court is in receipt of the defendant's unopposed motion for an enlargement of time of 29 days, to and including September 26, 2008, within which to file its response to plaintiff's complaint. The court **GRANTS** the defendant's motion, and **ORDERS** the defendant to file its response to plaintiff's complaint on or before **Friday, September 26, 2008**. The court also **RESCHEDULES** the status conference set for Friday, September 5, 2008, at 10:30 a.m., for **Friday, October 10, 2008, at 10:30 a.m. EDT**. The parties should be prepared to discuss a schedule for further proceedings after having conferred with each other. Both parties may appear by telephone. Unless otherwise notified, the court will contact Mr. Peters at (202) 434-5440, and Mr. Shultis at (202) 305-7571.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**